FILED

2005 Sep-07  AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD H.  KIZZARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:05-CV-0656-IPJ-RRA |
| | ) | |
| MAYOR BERNARD KINCAID | ) | |
| and SERGEANT HOLYFIELD, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 12, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted.   No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation , the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.   Accordingly, the complaint is due to be dismissed  pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted.  A Final Judgment will be entered.

DATED this 7th day of September, 2005.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE